IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

ROSS MATTHEW CATAFFO,

      Plaintiff,

v.                                  CIVIL ACTION NO.  2:25-cv-000523

EMPIRE CONSTRUCTIONS SUPPLY, et al.,

      Defendants.

**ORDER**

This action was referred to United States Magistrate Judge Dwane L. Tinsley for submission of proposed findings of fact and recommendations for disposition pursuant to 28 U.S.C. § 636. On October 14, 2025, Judge Tinsley submitted his Proposed Findings & Recommendation [ECF No. 7] ("PF&R") and recommended that the court DISMISS this action pursuant to Federal Rule of Civil Procedure 41(b) for failure to prosecute. Neither party filed objections to the PF&R nor sought an extension of time.

A district court "shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1)(C). This court is not, however, required to review, under a de novo or any other standard, the factual or legal conclusions of the magistrate judge as to those portions of the findings or recommendation to which no objections are addressed. *Thomas v. Arn,* 474 U.S. 140, 150 (1985).

Because the parties have not filed objections in this case, the court accepts and incorporates herein the PF&R and orders judgment consistent therewith. The court **DISMISSES** this case

pursuant to Federal Rule of Civil Procedure 41(b) and **DIRECTS** this action to be removed from the docket.

The court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented parties.

ENTER: November 7, 2025

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE